SANTINI, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District Court of Humacao in a Case of Intervention in Ownership of Personal Property Begun in the Municipal Court of Caguas.

No. 132.—Decided November 6, 1914.

APPEAL—DISMISSAL OF APPEAL FROM MUNICIPAL COURT—TRANSCRIPT OF RECORD.—
The fact that the secretary of the municipal court did not send up the transcript of the record until after the expiration of the period of twenty days prescribed by the Act to regulate appeals from judgments of municipal courts in civil cases, approved March 11, 1908, is not of itself sufficient ground to warrant the dismissal of an appeal in a district court when the motion to dismiss is filed after the transcript of the record had been received.

The facts are stated in the decision.
*Messrs. Carlos Buitrago* and *Carlos Travecier* for the petitioner.
The respondent did not appear.

DECISION.

WHEREAS, A petition was filed by Juan Manuel Santini on August 27, 1914, praying that a writ of *certiorari* issue to R. Cuevas Zequeira, Judge of the District Court of Humacao;

WHEREAS, It appears from the said petition that the only ground which refers to questions submitted to the court *a quo* and decided by it is that the said court overruled a mo-

tion for the dismissal of an appeal from the Municipal Court of Caguas in Civil Case No. 1268 brought by Pedro R. Batista against Juan Manuel Santini *et al.*, the ground of the motion being that the transcript of the record was sent up by the secretary of the said municipal court after the expiration of the period of twenty days fixed by the Act to regulate appeals from judgments of municipal courts in civil cases, approved March 11, 1908;

Whereas, It is deduced from the said petition that the motion for the dismissal of the appeal was filed in the District Court of Humacao·after the said transcript of the record had been received by the secretary of the said court;

Therefore, In view of the holding in the case of *Patxot* v. *Nadal et al.*, 19 P. R. R., 334, that an appeal will not be dismissed on a motion made after the transcript of the record has been filed, which is applicable to the case by analogy, the said petition for a writ of *certiorari* is denied.

*Petition denied.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.

Mr. Justice Wolf took no part in the decision of this case.